courts of this circuit except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Rocky DELGADO–MARQUEZ,**
**Defendant—Appellant.**

No. 05–10162.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.\*

Decided Aug. 1, 2006.

John Joseph Tuchi, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David M. Ochoa, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM \*\*

Rocky Delgado–Marquez appeals from the district court's revocation of his supervised release and imposition of a 24–month sentence. Delgado–Marquez was originally convicted of dealing in counterfeit obligations or securities, in violation of 18 U.S.C. § 473.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Delgado–Marquez has

filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.